UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PAUL A. WILLIAMS,

    Petitioner,

v.

CRAIG KOENING,

    Respondent.

Case No. 19-cv-08419-SI

**JUDGMENT**

This action is dismissed because petitioner must pursue his challenges to his state court criminal conviction in the action for writ of habeas corpus he filed in 2014.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 8, 2020

_____
SUSAN ILLSTON
United States District Judge